ACCEPTED
05-14-01477-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/27/2015 11:38:13 AM
LISA MATZ
CLERK

NO. 05-14-01477-CV

IN THE COURT OF APPEALS

FOR THE FIFTH COURT OF APPEALS

AT DALLAS, TEXAS

JAMES DAVID HORTON AND JEFFERY HORTON

Appellants,

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/27/2015 11:38:13 AM
LISA MATZ
Clerk

v.

KIMBERLY A. STOVALL, INDIVIDUALLY, AND STOVALL AND ASSOCIATES, PC

Appellees.

On Appeal from the 191st Judicial District Court, Dallas County, Texas
NO. DC-13-04197-J, The Honorable Jena Slaughter, Presiding

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF**

TO THE HONORABLE JUDGES OF THE COURT OF APPEALS:

COMES NOW, James David Horton and Jeffery Horton, Appellants in the above styled cause, and file this, their Unopposed Motion to Extend the Time to File Appellants' Brief, and for such would respectfully show this Court as follows.

I.

The deadline for filing Appellants' Brief is February 2, 2015.

II.

Appellants respectfully request that this Court grant an extension of time for the filing of Appellants' Brief for a period approximately 21 days or until February 23, 2015.

III.

This extension is not sought solely for the purpose of delay but to enable counsel to research and prepare a brief with a clear presentation of the issues involved. No previous extensions have been sought with respect to the filing of Appellants' Brief.

Appropriate time must be allowed for counsel to examine the record and issues in this case. Appellants' counsel has two trial settings in District Court in Dallas County, Texas and

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' BRIEF-Page | 1**

Bexar County, Texas on February 2, 2015. One of these cases is likely to go to trial. In addition, Appellants' counsel is working on three briefs pertaining to expedited appeals in this Court.

Counsel for Appellants has conferred with opposing counsel and counsel for the Appellees has informed counsel for the Appellants that this motion is unopposed.

IV.

Pursuant to the Texas Rules of Civil Procedure, Appellants respectfully request an extension of time for the filing of Appellants' Brief up to and including February 23, 2015.

WHEREFORE, PREMISES CONSIDERED, Appellants respectfully pray this Court grant Appellants an extension of time to file Appellants' Brief in this cause.

Respectfully submitted,

Law Office of Lawrence L. Mealer
5353 Maple Avenue, Suite 100
Dallas, Texas 75235
TEL: (214) 634-0771
FAX: (214) 634-0465

By: _____
Lawrence L. Mealer
State Bar No.: 13886600
Attorney for Appellants

## CERTIFICATE OF CONFERENCE

I hereby certify that the undersigned counsel has conferenced in good faith with counsel for Appellee on the 22nd day of January, 2015 and that counsel for Appellee is unopposed to the Motion for Extension of Time to File Appellants' Brief.

_____
LAWRENCE L. MEALER

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing instrument has been served via facsimile upon the attorneys for the Appellee on this 27th day of January, 2015:

Tom C. Clark
Dealy, Zimmerman, Clark, Malouf & Blend, PC
3131 Turtle Creek Blvd., Ste. 1201
Dallas, Texas 75219
FAX: (214) 559-4466

Todd S. Spickard
Spickard Law PC
3131 Turtle Creek Blvd., Ste. 300
Dallas, Texas 75219
FAX: (214) 276-7553

LAWRENCE L. MEALER